(114 So. 570)

### J. Monroe WEST v. STATE. (8 Div. 985.)

Supreme Court of Alabama. Oct. 20, 1927.

Rehearing Denied Dec. 15, 1927.

Certiorari to Court of Appeals.

Sample & Kilpatrick, of Hartsells, and A. A. Griffith, of Cullman, for petitioner.

Charlie C. McCall, Atty. Gen., and J. W. Brassell, Asst. Atty. Gen., opposed.

PER CURIAM. Petition of J. Monroe West for certiorari to the Court of Appeals to review, and revise the judgment and decision of that court in West v. State, 114 So. 568.

Writ denied.

ANDERSON, C. J., and SAYRE, GARDNER, and BOULDIN, JJ., concur.

#### On Rehearing.

PER CURIAM. Application for rehearing overruled.

All the Justices concur, except BROWN, J., not sitting.